THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* RONALD GAMBLE *et al.*, Defendants-Appellees.

(Nos. 60665-7 cons.; )

First District (5th Division)—April 25, 1975.

PER CURIAM.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Dennis J. O'Hara, Assistant State's Attorneys, of counsel), for the People.

No appearance for appellees.